United States District Court
Southern District of Texas
**ENTERED**
September 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUDY GOFF, § § § Plaintiff, § VS. § CIVIL ACTION NO. 4:18-CV-2580 § § METHODIST HEALTH CENTERS § D/B/A HOUSTON METHODIST § WILLOWBROOK HOSPITAL AND § HOUSTON METHODIST WEST § HOSPITAL AND HOUSTON § METHODIST SUGAR LAND § HOSPITAL, § § Defendant. | |

## ORDER

Plaintiff has filed a Notice of Dismissal with Prejudice. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 16th day of September, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE